United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____

**Chapter you are filing under:**
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | Worthington Georgia Holdings, LLC |
| **2. All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | _____ <br> _____ <br> _____ <br> _____ |
| **3. Debtor's federal Employer Identification Number** (EIN) | 47-4669730 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1960 Spectrum Circle | _____ |
| Number       Street | Number       Street |
| Unit 100 | _____ |
| | P.O. Box |
| Marietta       GA     30067 | _____ |
| City                State     ZIP Code | City                State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Cobb County | _____ |
| County | Number       Street |
| | _____ |
| | City                State     ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

| Debtor | Worthington Georgia Holdings, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

531110

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When _____ Case number _____
  - MM / DD / YYYY
  - District _____ When _____ Case number _____
  - MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☑ Yes. Debtor WC Prime Investors, LLC   Relationship Affiliate
  - District Northern District of Georgia   When 02/21/2018
  - MM / DD / YYYY
  - Case number, if known _____

| Debtor | Worthington Georgia Holdings, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                            State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    Worthington Georgia Holdings, LLC
_____
Name

Case number (if known) _____

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/21/2018
MM / DD / YYYY

✘ /s/ Thomas Roberts
_____
Signature of authorized representative of debtor

Thomas Roberts
_____
Printed name

Title  Manager

**18. Signature of attorney**

✘ /s/ Will Geer
_____
Signature of attorney for debtor

Date  02/21/2018
MM / DD / YYYY

Will Geer
_____
Printed name

Wiggam & Geer, LLC
_____
Firm name

333 Sandy Springs Circle, NE Suite 225
_____
Number      Street

Atlanta
_____
City

GA
_____
State

30328
_____
ZIP Code

678-587-8740
_____
Contact phone

wgeer@wiggamgeer.com
_____
Email address

940493
_____
Bar number

GA
_____
State

Certified Copy of Resolutions Adopted

By the Manager of Worthington Georgia Holdings, LLC

(Authorizing Chapter 11 Petition by Worthington Georgia Holdings, LLC)

I, Thomas Roberts, Manager of Worthington Georgia Holdings, LLC, (hereinafter "Company"), do hereby certify that the following is a true and correct copy of a resolution duly adopted at a meeting of the members of the COMPANY held February 13, 2018, wherein all the members of the COMPANY appeared and that such resolutions have not been amended or rescinded and are now in full force and effect:

RESOLVED, that the filing by the Company of a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia is hereby APPROVED;

FURTHER RESOLVED, that the Manager of the Company are authorized and directed to file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia;

FURTHER RESOLVED, that the Manager of the Company be, and is hereby is authorized to retain on behalf of the Company, Wiggam & Geer, LLC, and other counsel as they see fit, to render legal services to, and to represent the Company in connection therewith, on such terms as such officer or officers shall approve;

FURTHER RESOLVED, that the Manager of the Company be, and each of them hereby is, authorized and directed to take any and all such further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses, in the case as in his, her, or their judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted hereby; and

FURTHER RESOLVED: That the Manager, Thomas Roberts, is hereby authorized and empowered to execute petitions, instruments and other documents and to take or cause to be taken such proceedings as may be necessary to secure to COMPANY any and all relief that it may be entitled to under Chapter 11 of said Code.

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by any manager or officer of the Company in connection with the reorganization of the Company or any matter related thereto or by virtue of these resolutions is hereby in all respects ratified, confirmed and approved.

WITNESS my hand and the seal of the Company this 13th day of February, 2018.

/s/ Thomas Roberts
By: Thomas Roberts, Manager
Worthington Georgia Holdings, LLC

```
Fill in this information to identify the case:

Debtor name       Worthington Georgia Holdings, LLC

United States Bankruptcy Court for the:   Northern District of Georgia
                                                              (State)
Case number (If known):   _____
```

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals        **12/15**

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ........................................................   $ __4,220,000.00__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ......................................................   $ __634,460.42__

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .........................................................   $ __4,854,460.42__

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ..............   $ __4,709,410.83__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*...........................................   $ __0.00__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.........................   +$ __223,726.98__

4. **Total liabilities** ...................................................................................................................   $ __4,933,137.81__
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: Worthington Georgia Holdings, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Venture South Development II, LLC 4485 Tench Road, SE Suite 1220 Suwanee, GA, 30024 | | Services | | | | 114,651.17 |
| 2 | ServPro of East Cobb 3850 Canton Road Suite 3114 Marietta, GA, 30066 | | Services | Disputed | | | 71,036.43 |
| 3 | Coleman Talley, LP 3475 Lenox Road, NE Suite 400 Atlanta, GA, 30326 | | Services | | | | 22,906.05 |
| 4 | Baldwin Crest Group, LLC 570 Piedmont Ave NE #54203 Atlanta, GA, 30308 | | Services | | | | 13,054.00 |
| 5 | Veritext Corporation c/o CORPORATION SERVICE COMPANY 0 TECHNOLOGY PKWY SOUTH #300 Norcross, GA, 30092 | | Services | | | | 2,079.33 |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    Worthington Georgia Holdings, LLC
_____
Name

Case number *(if known)*_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case:**

Debtor name _Worthington Georgia Holdings, LLC_

United States Bankruptcy Court for the: _Northern District of Georgia_

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property  **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and property which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _JPMorgan Chase_ | _Checking_ | ___ ___ ___ ___ | $ 0.08 |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $ _____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $ _____
   4.2. _____  $ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $ 0.08

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____  $ _____
   7.2. _____  $ _____

Debtor
Worthington Georgia Holdings, LLC
Name

Case number *(if known)*_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____  $_____

8.2._____  $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.  $_____

---

**Part 3:  Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

**11. Accounts receivable**

| 11a. 90 days old or less: | 24,460.34 | – | 0.00 | = ........➔ | $ 24,460.34 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 0.00 | – | 0.00 | = ........➔ | $ 0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.  $ 24,460.34

---

**Part 4:  Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1. | | $_____ |
|---|---|---|
| 14.2. | | $_____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:              % of ownership:

| 15.1. | _____% | | $_____ |
|---|---|---|---|
| 15.2. | _____% | | $_____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1. | | $_____ |
|---|---|---|
| 16.2. | | $_____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.  $_____

---

Debtor  Worthington Georgia Holdings, LLC _____  Case number (if known)_____
        Name

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$_____

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor  Worthington Georgia Holdings, LLC                                    Case number *(if known)*_____
        Name

**33. Total of Part 6.**                                                     $_____

   Add lines 28 through 32. Copy the total to line 85.

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**                                                     $_____

   Add lines 39 through 42. Copy the total to line 86.

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor   Worthington Georgia Holdings, LLC _____   Case number *(if known)*_____
          Name

---

| **Part 8:** | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

Debtor    Worthington Georgia Holdings, LLC
          Name _____    Case number (if known) _____

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Exhibit "A" to Schedule A/B | Fee Simple | $ 4,220,000.00 | Book Value | $ 4,220,000.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 4,220,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** _____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| 65. **Goodwill** _____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

---

Debtor    Worthington Georgia Holdings, LLC
          _____          Case number (if known)_____
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    ☐ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☐ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
    Description (include name of obligor)
    _____   _____ — _____ = ➔   $_____
                                        Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)
    _____   Tax year _____   $_____
    _____   Tax year _____   $_____
    _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**
    _____                         $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    See continuation sheet
    _____                         $ 610,000.00
    **Nature of claim**       _____
    **Amount requested**      $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    _____                         $_____
    **Nature of claim**       _____
    **Amount requested**      $_____

76. **Trusts, equitable or future interests in property**
    _____                         $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    _____                         $_____
    _____                         $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                      $ 610,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor    Worthington Georgia Holdings, LLC
Name

Case number (if known)

---

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.08 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 24,460.34 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................➔ | | $ 4,220,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 610,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..................91a. | $ 634,460.42 | + 91b. $ 4,220,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .............. 4,854,460.42     $ 4,854,460.42

Debtor 1    Worthington Georgia Holdings, LLC

First Name    Middle Name    Last Name

Case number *(if known)*_____

### Continuation Sheet for Official Form 206 A/B

**74) Causes of action against third parties (whether or not a lawsuit has been filed)**

Claim Against Worthi Converted Rents    100,000.00      Unknown
ngton Condominium Ass
 for converted rents

Claim against Phil S Fraud, Contract    2,000,000.00      Unknown
mith,
 Simeon Ivanov, ,
 Anaiza Davis,
 Brian O'Donnell,
 Austin Saxon,
 Donny King,
 Jim Leveritt,
 and M
y Worthington, Inc.

for Declaratory Ju
dgment,
 Breach of Fi
duciary Duty,
 Violat
ion of Georgi
a RICO ,
 Negligence,
 Fraud a
nd Conversion,
 attorneys' fees,
 an
d Punitive Damages

Claim against United insurance claim    610,000.00      610,000.00
 National Ins.
 Company, Inc.
 for property loss

Claim against Worthi Contract,    2,159,667.00      Unknown
ngton Condominium As   Declarator
 Inc.             y Relief, Fraud
 for failure to
 main
tain insurance,
 inva
lidity of board
 of directors,
 brea
ch of fiduciar
y duty, fraud,
 and b
reach of contract,
 a
mongst other claims

| Property Address | Bldg | Unit |
|---|---|---|
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 105 |
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 120 |
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 135 |
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 160 |
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 165 |
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 175 |
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 260 |
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 265 |
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 275 |
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 300 |
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 305 |
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 375 |
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 445 |
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 450 |
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 455 |
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 460 |
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 475 |
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 510 |
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 575 |
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 640 |
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 675 |
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 700 |
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 705 |
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 710 |
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 715 |
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 720 |
| 1960 Spectrum Cir, Marietta, GA 30067 | 60 | 725 |
| 1962 Spectrum Cir, Marietta, GA 30067 | 62 | 125 |
| 1962 Spectrum Cir, Marietta, GA 30067 | 62 | 335 |
| 1962 Spectrum Cir, Marietta, GA 30067 | 62 | 350 |
| 1962 Spectrum Cir, Marietta, GA 30067 | 62 | 355 |
| 1962 Spectrum Cir, Marietta, GA 30067 | 62 | 425 |
| 1962 Spectrum Cir, Marietta, GA 30067 | 62 | 430 |
| 1962 Spectrum Cir, Marietta, GA 30067 | 62 | 435 |
| 1962 Spectrum Cir, Marietta, GA 30067 | 62 | 450 |
| 1962 Spectrum Cir, Marietta, GA 30067 | 62 | 465 |
| 1962 Spectrum Cir, Marietta, GA 30067 | 62 | 505 |
| 1962 Spectrum Cir, Marietta, GA 30067 | 62 | 520 |
| 1962 Spectrum Cir, Marietta, GA 30067 | 62 | 525 |
| 1962 Spectrum Cir, Marietta, GA 30067 | 62 | 555 |
| 1962 Spectrum Cir, Marietta, GA 30067 | 62 | 605 |
| 1962 Spectrum Cir, Marietta, GA 30067 | 62 | 620 |

| | | |
|---|---|---|
| 1962 Spectrum Cir, Marietta, GA 30067 | 62 | 650 |
| 1962 Spectrum Cir, Marietta, GA 30067 | 62 | 655 |

**Fill in this information to identify the case:**

Debtor name ___Worthington Georgia Holdings, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___ of _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
Cobb County Tax Commissioner

Describe debtor's property that is subject to a lien
See Exhibit "A" to Schedule A/B

$ 31,497.38 | $ 4,220,000.00

Creditor's mailing address
736 Whitlock Avenue
Marietta, GA 30064

Describe the lien
Statutory

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred ___2017___

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number ____

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Sehal III, LLC, 1st; WH2, Inc., 2nd;
Cobb County Tax Commissioner,

**2.2** Creditor's name
Sehal III, LLC

Describe debtor's property that is subject to a lien
See Exhibit "A" to Schedule A/B

$2,621,500.00 | $4,220,000.00

Creditor's mailing address
1718 Peachtree St., NW
Suit 276, Atlanta, GA 30309

Describe the lien
Agreement you made

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number ____

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $ 4,709,410.83

Debtor  Worthington Georgia Holdings, LLC _____  Case number (if known) _____

Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name

WH2, Inc.

**Creditor's mailing address**

1960 Spectrum Circle

Suite 100, Marietta, GA 30067

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

  ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

See Exhibit "A" to Schedule A/B

$1,676,700.00   $4,220,000.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** Creditor's name

Worthington Condominium Assoc., Inc.

**Creditor's mailing address**

2555 Westside Parkway, Suite 600

Alpharetta, GA 30004

**Creditor's email address, if known**

_____

**Date debt was incurred** 2018

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

  ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

See Exhibit "A" to Schedule A/B

$379,713.45   $4,220,000.00

**Describe the lien**

Statutory

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   Worthington Georgia Holdings, LLC
         Name

Case number (if known)_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Neel, Robinson, & Stafford, LLC<br>c/o Shawn Stafford<br>5555 Glenridge Connector, Suite 400<br>Atlanta, GA, 30342 | Line 2. _2_ | _____ |
| Poole Huffman<br>315 W. Ponce de Leon Ave. Suite 344<br>Decatur, GA, 30030 | Line 2. _4_ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor   Worthington Georgia Holdings, LLC

United States Bankruptcy Court for the:   Northern District of Georgia

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Georgia Department of Revenue
Bankruptcy Section
P.O. Box 161108
Atlanta, GA, 30321-0000

As of the petition filing date, the claim is: $ 0.00      $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA, 19101-7346

As of the petition filing date, the claim is: $ 0.00      $ 0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____      $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
_____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Debtor  Worthington Georgia Holdings, LLC                                Case number *(if known)*
        Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Baldwin Crest Group, LLC<br>570 Piedmont Ave NE<br>#54203<br>Atlanta, GA, 30308 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Services | $ 13,054.00 |
| | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>Coleman Talley, LP<br>3475 Lenox Road, NE<br>Suite 400<br>Atlanta, GA, 30326 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Services | $ 22,906.05 |
| | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>ServPro of East Cobb<br>3850 Canton Road<br>Suite 3114<br>Marietta, GA, 30066 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: Services | $ 71,036.43 |
| | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>Venture South Development II, LLC<br>4485 Tench Road, SE<br>Suite 1220<br>Suwanee, GA, 30024 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Services | $ 114,651.17 |
| | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>Veritext Corporation<br>c/o CORPORATION SERVICE COMPANY<br>0 TECHNOLOGY PKWY SOUTH #300<br>Norcross, GA, 30092 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Services | $ 2,079.33 |
| | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br><br><br> | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____ | $ |
| | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

Debtor    Greenstone Holdings, LLC

Name

Case number (if known)

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b.  **Total claims from Part 2** | 5b. + | $ 223,726.98 |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 223,726.98 |

**Fill in this information to identify the case:**

Debtor name __Worthington Georgia Holdings, LLC__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | See Exhibit "B"<br>Lessor | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Executory contract with property management company | Baldwin Crest Group, LLC<br>570 Piedmont Ave NE<br>#54203<br>Atlanta, GA, 30308 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Exhibit "B"

Debtor is lessor to the following real property leases. Leases in which the term has expired are month-to-month.

| Move-In | Lease Start | Lease End | Market + Addl. | Dep On Hand | Balance | Total Charges | RENT | MTOM | HOA Dues | Storage Unit Rental |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/17/2016 | 10/17/2016 | 10/30/2018 | $936.00 | $2,040.00 | $446.14 | $895.00 | $895.00 | $- | $303.00 | |
| 11/01/2015 | 11/01/2015 | 10/31/2017 | $936.00 | $- | $874.50 | $795.00 | $795.00 | $- | $305.00 | |
| 03/06/2016 | 03/06/2016 | 03/31/2017 | $948.00 | $925.00 | $203.50 | $925.00 | $925.00 | $- | $375.00 | |
| 06/05/2015 | 06/05/2015 | 06/30/2017 | $1,754.00 | $500.00 | $- | $1,145.00 | $1,145.00 | $- | $558.00 | |
| 07/01/2016 | 07/01/2016 | 06/30/2017 | $1,344.00 | $1,600.00 | $2,947.00 | $895.00 | $895.00 | $- | $427.00 | |
| 04/01/2016 | 04/01/2016 | 03/31/2017 | $1,754.00 | $1,050.00 | $- | $1,125.00 | $1,125.00 | $- | $558.00 | |
| 11/01/2014 | 11/01/2014 | 10/31/2017 | $1,754.00 | $350.00 | $- | $1,100.00 | $1,100.00 | $- | $558.00 | $50.00 |
| 03/01/2015 | 03/01/2015 | 07/31/2017 | $1,344.00 | $1,100.00 | $4,172.00 | $960.00 | $960.00 | $- | $427.00 | |
| 04/01/2017 | 04/01/2017 | 03/31/2018 | $1,754.00 | $1,195.00 | $246.18 | $1,195.00 | $1,195.00 | $- | $558.00 | |
| 02/01/2016 | 02/01/2016 | 01/31/2018 | $936.00 | $620.00 | $90.75 | $907.50 | $825.00 | $82.50 | $303.00 | |
| 05/01/2016 | 05/01/2016 | 04/30/2017 | $1,344.00 | $1,150.00 | $139.15 | $1,150.00 | $1,150.00 | $- | $427.00 | $100.00 |
| 07/01/2015 | 07/01/2015 | 06/30/2017 | $1,344.00 | $805.00 | $338.80 | $925.00 | $925.00 | $- | $427.00 | |
| 02/04/2017 | 02/04/2017 | 02/28/2018 | $1,344.00 | $950.00 | $104.50 | $950.00 | $950.00 | $- | $427.00 | |
| 07/01/2015 | 07/01/2015 | 06/30/2018 | $1,754.00 | $1,345.00 | $- | $1,145.00 | $1,145.00 | $- | $558.00 | |
| 03/01/2016 | 03/01/2016 | 02/28/2017 | $1,754.00 | $1,195.00 | $1,424.50 | $1,195.00 | $1,195.00 | $- | $558.00 | $100.00 |
| 11/24/2015 | 11/24/2015 | 11/30/2017 | $936.00 | $875.00 | $1,479.00 | $900.00 | $900.00 | $- | $305.00 | |
| 06/01/2014 | 06/01/2014 | 09/30/2017 | $1,754.00 | $950.00 | $(30.00) | $1,050.00 | $1,050.00 | $- | $558.00 | |
| 01/10/2017 | 01/10/2017 | 04/30/2018 | $948.00 | $1,200.00 | $638.00 | $1,045.00 | $950.00 | $95.00 | $375.00 | $100.00 |
| 12/01/2017 | 12/01/2017 | 11/30/2018 | $1,754.00 | $- | $(600.00) | $1,200.00 | $1,200.00 | $- | $558.00 | |
| 06/01/2015 | 06/01/2015 | 05/31/2017 | $3,061.00 | $1,905.00 | $6,060.00 | $1,700.00 | $1,700.00 | $- | $973.00 | |
| 10/28/2016 | 10/28/2015 | 10/31/2017 | $3,061.00 | $1,100.00 | $- | $1,800.00 | $1,800.00 | $- | $973.00 | $50.00 |
| 09/27/2017 | 09/27/2017 | 09/26/2018 | $2,195.00 | $1,000.00 | $665.50 | $1,500.00 | $1,500.00 | $- | $698.00 | |
| 05/01/2016 | 05/01/2016 | 04/30/2017 | $2,195.00 | $- | $- | $1,400.00 | $1,400.00 | $- | $698.00 | |
| 06/27/2016 | 06/27/2016 | 06/30/2017 | $2,188.00 | $2,245.00 | $76.83 | $1,585.00 | $1,585.00 | $- | $696.00 | $100.00 |
| 02/10/2017 | 02/10/2017 | 02/28/2018 | $2,188.00 | $1,395.00 | $2,191.75 | $1,395.00 | $1,395.00 | $- | $696.00 | |
| 10/01/2015 | 10/01/2015 | 09/30/2017 | $948.00 | $350.00 | $- | $925.00 | $925.00 | $- | $375.00 | $50.00 |
| 01/01/2016 | 01/01/2016 | 12/31/2017 | $948.00 | $950.00 | $219.45 | $1,045.00 | $950.00 | $95.00 | $375.00 | |
| 12/01/2014 | 12/01/2014 | 11/30/2017 | $1,344.00 | $- | $- | $945.00 | $945.00 | $- | $427.00 | |
| 12/01/2014 | 12/01/2014 | 11/30/2017 | $1,344.00 | $3,400.00 | $1,452.50 | $925.00 | $925.00 | $- | $427.00 | |
| 09/25/2014 | 09/25/2014 | 09/30/2017 | $948.00 | $900.00 | $990.00 | $- | $- | $- | $375.00 | |
| 01/01/2017 | 01/01/2017 | 12/31/2017 | $948.00 | $899.00 | $207.67 | $988.90 | $899.00 | $89.90 | $375.00 | |
| 09/01/2015 | 09/01/2015 | 08/31/2017 | $1,344.00 | $800.00 | $- | $900.00 | $900.00 | $- | $427.00 | |
| 08/18/2017 | 08/18/2017 | 08/17/2018 | $1,344.00 | $1,050.00 | $23.65 | $1,050.00 | $1,050.00 | $- | $427.00 | |
| 03/07/2016 | 03/07/2016 | 03/31/2017 | $936.00 | $800.00 | $- | $850.00 | $850.00 | $- | $303.00 | |
| 09/01/2016 | 09/01/2016 | 08/31/2017 | $936.00 | $1,350.00 | $990.00 | $900.00 | $900.00 | $- | $305.00 | |
| 08/04/2016 | 08/04/2016 | 08/31/2017 | $948.00 | $900.00 | $108.90 | $900.00 | $900.00 | $- | $375.00 | |
| 09/22/2017 | 09/22/2017 | 09/21/2018 | $1,344.00 | $975.00 | $5,430.00 | $975.00 | $975.00 | $- | $427.00 | |
| 09/01/2015 | 09/01/2015 | 08/31/2017 | $936.00 | $- | $- | $825.00 | $825.00 | $- | $303.00 | |
| 08/18/2016 | 08/18/2016 | 08/31/2017 | $936.00 | $1,100.00 | $953.70 | $850.00 | $850.00 | $- | $305.00 | |
| 05/01/2016 | 05/01/2016 | 04/30/2017 | $1,344.00 | $1,245.00 | $209.84 | $995.00 | $995.00 | $- | $427.00 | $50.00 |
| 07/27/2015 | 07/27/2015 | 07/31/2017 | $1,344.00 | $950.00 | $1,045.00 | $950.00 | $950.00 | $- | $427.00 | |

**Fill in this information to identify the case:**

Debtor name ___Worthington Georgia Holdings, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G_.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 ___WC Prime Investor___ | WC Prime Investors, LLC<br>1960 Spectrum Circle<br>Unit 100<br>Marietta, GA, 30067 | ___Sehal III, LLC___ | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 ___Ken Blankenship___ | Ken Blankenship<br>6207 Costa Lanier Lane<br>Flowery Branch, GA, 30542 | ___WH2, Inc.___ | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 ___Braintree Holdings___ | Braintree Holdings 26, LLC<br>675 Ponce De Leon Ave NE,<br>Suite 8500<br>Atlanta, GA, 30308 | ___Sehal III, LLC___ | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 ___Sam Lloyd___ | Sam Lloyd<br>675 Ponce De Leon Ave NE<br>Suite 8500<br>Atlanta, GA, 30308 | ___Sehal III, LLC___ | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
</table>

Debtor Name   Worthington Georgia Holdings, LLC

United States Bankruptcy Court for the:   Northern District of Georgia

Case number (*If known*):   _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/21/2018                    ✘ /s/ Thomas Roberts
       MM / DD / YYYY                 Signature of individual signing on behalf of debtor

                                 Thomas Roberts
                                 Printed name

                                 Manager
                                 Position or relationship to debtor

Baldwin Crest Group, LLC
570 Piedmont Ave NE
Atlanta, GA 30308

Braintree Holdings 26, LLC
675 Ponce De Leon Ave NE,
Suite 8500
Atlanta, GA 30308

Cobb County Tax Commissioner
736 Whitlock Avenue
Marietta, GA 30064

Coleman Talley, LP
3475 Lenox Road, NE
Suite 400
Atlanta, GA 30326

Georgia Department of Revenue
Bankruptcy Section
P.O. Box 161108
Atlanta, GA 30321-0000

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Ken Blankenship
6207 Costa Lanier Lane
Flowery Branch, GA 30542

Neel, Robinson, & Stafford, LLC
c/o Shawn Stafford
5555 Glenridge Connector, Suite 400
Atlanta, GA 30342

Poole Huffman
315 W. Ponce de Leon Ave. Suite 344
Decatur, GA 30030

Sam Lloyd
675 Ponce De Leon Ave NE
Suite 8500
Atlanta, GA 30308

Sehal III, LLC
1718 Peachtree St., NW
Suit 276
Atlanta, GA 30309

ServPro of East Cobb
3850 Canton Road
Suite 3114
Marietta, GA 30066

Venture South Development II, LLC
4485 Tench Road, SE
Suite 1220
Suwanee, GA 30024

Veritext Corporation
c/o CORPORATION SERVICE COMPANY
0 TECHNOLOGY PKWY SOUTH #300
Norcross, GA 30092

WH2, Inc.
1960 Spectrum Circle
Suite 100
Marietta, GA 30067

WH2, Inc.
1960 spectrum circle, ste 100,
Marietta
GA 30067

Worthington Condominium Assoc., Inc.
2555 Westside Parkway, Suite 600
Alpharetta, GA 30004

United States Bankruptcy Court

Northern District of Georgia

In re:  Worthington Georgia Holdings, LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    02/21/2018

/s/ Thomas Roberts
_____
Signature of Individual signing on behalf of debtor

Manager
_____
Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Northern District of Georgia

**In re** Worthington Georgia Holdings, LLC

Case No. _____

**Debtor** Worthington Georgia Holdings, LLC

Chapter <u>11</u> _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ <u>25,000.00</u>

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ <u>350.00</u>

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

A. prepare and file on behalf of the client all petitions, schedules, statements, plans, and other documents or pleadings;

B. attend and represent the client at all meetings of creditors, hearings, trials, conferences, and other proceedings, whether in or out of court;

C. provide legal advice to the client as to the rights, duties, and powers of the client as a debtor in possession in a chapter 11 case, and as to other matters arising in or related to the chapter 11 case; and

D. otherwise assist, advise, and represent the client on matters related to the chapter 11 case as requested by the client

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Adversary Proceedings Filed Against Debtor.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

02/21/2018

*Date*

/s/ Will Geer, 940493

*Signature of Attorney*

Wiggam & Geer, LLC

*Name of law firm*
333 Sandy Springs Circle, NE
Suite 225
Atlanta, GA 30328
wgeer@wiggamgeer.com

**United States Bankruptcy Court**

**IN RE:**                                                    Case No._____

Worthington Georgia Holdings, LLC

_____   Chapter 11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| WH2, Inc.<br>1960 spectrum circle, ste 100,, Marietta, GA 30067 | 3 | Other |
| Braintree Holdings 26, LLC<br>3475 Lenox Road, N.E., Suite 400, Atlanta, GA 30326 | 97 | Other (Member) |